## United States District Court for the Northern District of Illinois

Case Number: 08CV3832      Assigned/Issued By: DAJ

Judge Name: SHADUR      Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00      Receipt #: 2910183

Date Payment Rec'd: 07/03/08      Fiscal Clerk: DAJ

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)
☐ Writ _____
      (Type of Writ)

1  Original and  0  copies on  07/03/08  as to DEF. _____
                                (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05