11

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) James T Sullivan, Not Individually but as Trustee of Plumbers Pension Fund Local 130 etc

Case No. 08CV3832

08CV3832

v.

LeRoy T. Gill Jr., D/B/A/ Gilco Mechanical Contractors

Defendant(s)

ANSWER

**FILED**

AUG 0 7 2008 TC
AUG 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWER TO COMPLAINT

NOW COMES the Defendant, **LEROY T. GILL, JR d/b/a/ GILCO MECHANICAL CONTRACTORS,** by himself and in answer to Plaintiff's Complaint, states as follows:

1. Defendant does not have sufficient knowledge of the allegations contained in paragraph 1 of the complaint, and, therefore, neither admits or denies paragraph 1 of the Complaint but requires proof of the allegations thereof.

2. Defendant does not have sufficient knowledge of the allegations contained in paragraph 2 of the complaint, and, therefore, neither admits or denies paragraph 2 of the Complaint but requires proof of the allegations thereof.

3. Defendant does not have sufficient knowledge of the allegations contained in paragraph 3 of the complaint, and, therefore, neither admits or denies paragraph 3 of the Complaint but requires proof of the allegations thereof.

4. Defendant admits paragraph 4 of the complaint.

5. Defendant admits paragraph 5 of the complaint.

6. Defendant admits paragraph 6 of the complaint.

7. Defendant admits paragraph 7 of the complaint.

8. Defendant admits paragraph 8 of the complaint.

9. Defendant admits paragraph 9 of the complaint.

10. Defendant admits paragraph 10 of the complaint.

11. Defendant admits paragraph 11 of the complaint.

12. Defendant admits paragraph 12 of the complaint.

13. Defendant denies violating agreement as established for covered employees

14. Defendant denies violating agreement as established for covered employees

15. Defendant denies violating agreement as established for covered employees

16. Defendant denies violating agreement as established for covered employees

17. Defendant denies violating agreement as established for covered employees

18. Defendant denies violating agreement as established for covered employees

**WHEREFORE,** Defendant, **LEROY T. GILL, JR. d/b/a GILCO MECHANICAL CONTRACTORS** requests this Honorable Court to dismiss Plaintiff's suit wrongfully brought and for costs to be assessed to the Plaintiff.

Respectfully submitted,

**LEROY T. GILL JR. d/b/a
GILCO MECHANICAL CONTRACTORS**

By: _____
LEROY T. GILL JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES T. SULLIVAN, not Individually but As Trustee of Plumbers' Pension Fund Local 130 U.A. Etc, et al

**PLAINTIFF**

CASE NO. 08CV3832

VS.

LeRoy T. Gill d/b/a Gico Mechanical Contractors

**DEFENDANT**

## PROOF OF SERVICE

TO: Lewis, Overbeck & Furman, LLP
20 N Clark, Suite 3200
Chicago, IL 60602

TO: _____

TO: _____

I, the undersigned (plaintiff / defendant), certify that on the 7th day of Aug, 2008, I served a copy of this Answer to Complaint to each person whom it is directed by way of Personal Hand Delivery

Name: LeRoy T. Gill Jr
Address: 400 W 76th St, Ste 310
City/Zip: Chicago, IL 60620
Telephone: 773-488-5616