## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: *LeRoy T. Gill SR, D/B/A Gil Mechanical Contractors*
(Please print)

STREET ADDRESS: *400 W 76TH St, Suite 310*

CITY/STATE/ZIP: *Chicago, IL 60620*

PHONE NUMBER: *773-488-5616*

CASE NUMBER: *08CV3832*

_____   8/7/08
Signature                                       Date

FILED

AUG 0 7 2008  TC
AUG 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT